UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN HAUCK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MERCK ANIMAL HEALTH USA - HOME AGAIN,<br><br>　　　　　　Defendant. | CASE NO. 2:25-cv-01656-JHC<br><br>ORDER |

　　　This matter comes before the Court sua sponte.  Plaintiff filed an application to proceed in forma pauperis (IFP) on August 28, 2025.  Dkt. # 1.  On August 29, 2025, and September 2, 2025, the Court sent notices of filing deficiencies to Plaintiff.  Dkt. # 2; Dkt. # 3.  These notices identified several filing deficiencies, including missing signatures and an omitted Notice of Pendency of Other Action.  *Id.*  They also informed Plaintiff that the corrected IFP application must be submitted by September 29, 2025.  *Id.*  Plaintiff has not timely filed a corrected IFP application.  *See generally* Dkt.  Thus, the Court DISMISSES Plaintiff's case without prejudice.

//

//

ORDER - 1

Dated this 1st day of October, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2