UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN HAUCK, | CASE NO. 2:25-cv-01656-JHC |
| Plaintiff, | ORDER |
| v. | |
| MERCK ANIMAL HEALTH USA - HOME AGAIN, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's "Motion to Reopen Case," Dkt. # 9. Plaintiff filed an application to proceed in forma pauperis (IFP) on August 28, 2025. Dkt. # 1. On September 2, 2025, the Court sent a notice of filing deficiency because the IFP form was improperly signed, i.e., it contained only the Plaintiff's name entered in text on the signature line. Dkt. # 2; *see generally* Local Civil Rule 11.[1]  Plaintiff is **DIRECTED** to file an amended IFP form with a signature that complies with the options listed in Local Civil Rule 11. An acceptable signature may be like the ones Plaintiff included in Dkt. # 8 and Dkt. # 9. Plaintiff has until

---

[1] *See* https://www.wawd.uscourts.gov/sites/wawd/files/032725%20WAWD%20Local%20Civil%20Rules%20-%20Clean.pdf.

ORDER - 1

November 19, 2025, to file the corrected IFP form.  Failure to file the corrected IFP form by that time may result in dismissal **with prejudice**.

      IT IS SO ORDERED.

      Dated this 5th day of November, 2025.

*[signature]*
John H. Chun
United States District Judge

ORDER - 2