UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN ELIZABETH HAUCK,<br><br>               Plaintiff,<br><br>    v.<br><br>MERCK ANIMAL HEALTH USA - HOME AGAIN,<br><br>               Defendant. | Case No. C25-1656-JHC<br><br>ORDER GRANTING IFP |

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 11, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 24th day of November, 2025.

                                                                         S. KATE VAUGHAN
                                                                         United States Magistrate Judge